United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN DUCHOW, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-19-3120 |
| § | |
| AMERIHOME MORTGAGE COMPANY, § | |
| LLC, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Order of Dismissal signed this day, it is

ORDERED and ADJUDGED that Plaintiff Steven Duchow shall take nothing in his action against Defendant AmeriHome Mortgage Company, LLC, and Plaintiff's claims are DISMISSED on the merits with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 30TH day of October, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE